IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
August 20, 2025
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
       DEPUTY CLERK

| | |
|---|---|
| **DEZACHTRE R. GOODE,** ) | |
| ) | |
| Plaintiff, ) | Case No. 7:25CV00504 |
| ) | |
| v. ) | **OPINION** |
| ) | |
| **OFC. VIRUS, ET AL.,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendants. ) | |
| ) | |

*Dezachtre R. Goode, Pro Se Plaintiff.*

The plaintiff, an unrepresented Virginia inmate, filed this civil rights action pursuant to 42 U.S.C. § 1983. Goode alleges that prison officials failed to provide him with toilet paper and called him derogatory names. On July 29, 2025, the court entered an Order conditionally filing the case, requiring Goode to submit documentation about the activity in his inmate trust account as required for him to qualify to pay the filing fee through installments. The Order warned Goode that failure to keep the Court informed of his current mailing address would result in dismissal of the case without prejudice. The Court mailed Goode a copy of that Order to the address he had provided on the Complaint. But on August 11, 2025, that mailing was returned to the Court marked as undeliverable, with no ability to

forward the mailing. It is self-evident that the Court must have a viable address by which to communicate reliably with Goode about this case.

Based on Goode's failure to provide the Court with a current and usable mailing address, I will assume that he is no longer interested in pursuing this civil action. Therefore, I will dismiss the action without prejudice for failure to prosecute. *See Ballard v. Carlson*, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance); *Donnelly v. Johns-Manville Sales Corp.*, 677 F.2d 339, 340-41 (3d Cir. 1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b)).

An appropriate Order will issue herewith.

DATED: August 20, 2025

/s/ JAMES P. JONES  
Senior United States District Judge